## IN THE CIRCUIT COURT OF ALCORN COUNTY, MISSISSIPPI

DUSTIN STACY as sole surviving heir of
LINDA STACY, Deceased                                    PLAINTIFF

vs.                                    CIVIL ACTION NO. CV07-131 PA

                                       1:07CV117-D-D

PFIZER, INC., MERCK & CO., INC.,
JOHN DOE 1 - 5 and JOHN DOE A - E                        DEFENDANTS

WCS&R APR 1 8 2007 RECEIVED

FILED MAY 1 5 2007 DAVID CREWS, CLERK By_____ Deputy

### COMPLAINT

COMES NOW, Dustin Stacy, as sole surviving heir of Linda Stacy, Deceased, and by and through his attorney, Gregory D. Keenum, and files this his Complaint against Defendants Pfizer and Merck & Co., Inc. and in support thereof, hereby states as follows:

### FIRST COUNT

1/      On or about March 17, 2005, Linda Ann Stacy, suffered severe, debilitating and fatal injuries as a consumer and/or foreseeable user of a product known as Vioxx, which was and is manufactured, produced, designed, marketed, provided and/or sold by Defendant Merck & Co., Inc., and/or John Doe 1 - 5, fictitious names for individuals, companies or entities, who or which manufactured, produced, designed, marketed, provided and/or sold the above described product and a consumer and/or foreseeable user of products known as Celebrex and Bextra, which are and are manufactured, produced, designed, marketed, provided and/or sold by Defendant Pfizer, Inc. and/or John Doe 1 - 5, fictitious names for individuals, companies or entities, who or which manufactured, produced, designed, marketed, provided and/or sold the above described product.

2/      The above described products were purchased on various dates as evidenced by the medical and/or prescription records of Linda Stacy.

FILED MAR 2 1 2007
JOE CALDWELL, CIRCUIT CLERK
BY_____


DEFENDANT'S EXHIBIT 1

3/ At relevant times and places described above, as well as before and after such described times, Defendant Merck & Co., Inc. and/or John Doe 1 - 5, did manufacture, and/or design, and/or produce, and/or market, and/or sell the product Vioxx, which was not reasonably safe for its intended and/or reasonably foreseeable users, and foreseeable and intended purposes, and allowed a hazardous and defective condition to exist, when it left the "hands" and control of the Defendant Merck & Co., Inc. and/or John Doe 1 - 5.

And, at relevant times and places described above, as well as before and after such described times, Defendant Pfizer, Inc. and/or John Doe 1 - 5 did manufacture, and/or design, and/or produce, and/or market, and/or sell the products Celebrex and Bextra, which were not reasonably safe for their intended and/or reasonably foreseeable users, and foreseeable and intended purposes, and allowed a hazardous and defective condition to exist, when they left the "hands" and control of the Defendant Pfizer, Inc. and/or John Doe 1 - 5.

4/ On the aforesaid dates and relevant times, there was a defective condition, that was unreasonably dangerous, of which the Defendants had actual and constructive knowledge.

5/ Prior to the dates of purchase and injury, there was a defective condition, that was unreasonably dangerous, of which the Defendants had actual and constructive knowledge.

6/ As a direct and proximate result of the Defendants' actions and omissions, Linda Stacy, a direct and reasonably foreseeable user and consumer, while exercising due care and caution for her own safety, and using the Defendants' products in the same form as provided by the Defendants and as intended by the Defendants, did sustain serious, devastating and fatal injuries.

7/ As a result of the Defendants' actions and inactions, Linda Stacy was fatally injured and will never be able to pursue her normal physical and business activities, has incurred expenses to obtain medical care and has otherwise been damaged.

As a result of the Defendants' actions and inactions, Plaintiff Dustin Stacy, suffered the loss of his spouse and will never be able to pursue his relationship with her, has incurred expenses and has otherwise been damaged.

8/  The Defendants are guilty of negligence in all counts and/or are strictly liable in tort in all counts, for their products being provided in a defective condition, unreasonably dangerous.

9/  As a direct and proximate result of the Defendants' actions and/or omissions, Linda Stacy, while exercising due care and caution for her own safety, did sustain devastating and fatal injuries.

10/  As a result of the Defendants' actions and/or omissions, Linda Stacy, was fatally injured and will never be able to pursue her normal physical and business activities, has incurred expenses to obtain medical care and has otherwise been damaged.

As a result of the Defendants' actions and inactions, Plaintiff Dustin Stacy, suffered the loss of his spouse and will never be able to pursue his relationship with her, has incurred expenses and has otherwise been damaged.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, for damages, plus interest, costs of suit, and attorney fees.

## SECOND COUNT

1/  All paragraphs of the First Count are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity are not set forth at length.

2/  At all times relevant herein, Defendants Merck & Co., Inc., Pfizer, Inc. and John Doe 1 - 5, were engaged in the business of manufacturing, and/or designing, and or producing, and/or marketing, and/or providing and/or selling their products without proper warnings of the side effects thereof.

3/ Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, are strictly liable in tort and/or were negligent, in that they:

a/ Improperly designed their products and allowed defective and unreasonably dangerous conditions to exist;

b/ The design failed to meet reasonable expectations and the Consumer Expectation Test;

c/ The design was such that the product's risk substantially and otherwise, outweighed its utility;

d/ Are otherwise liable.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, for damages, plus interest, costs of suit, and attorney fees.

### THIRD COUNT

1/ All paragraphs of the preceding Counts are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity, are not set forth at length.

2/ At all times relevant herein, Defendants Merck & Co., Inc., Pfizer, Inc. and John Doe 1 - 5, were engaged in the business of manufacturing, and/or designing, and or producing, and/or marketing, and/or providing and/or selling their products without proper warnings of the side effects thereof.

3/ Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5 are strictly liable in tort and/or were negligent in that they:

a/ Improperly manufactured their subject products and allowed defective and unreasonably dangerous conditions to exist;

b/ Are otherwise liable.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, for damages, plus interest, costs of suit, and attorney fees.

### FOURTH COUNT

1/      All paragraphs of the preceding Counts are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity, are not set forth at length.

2/      At all times mentioned herein, Defendants Merck & Co., Inc., Pfizer, Inc. and John Doe 1 - 5, did expressly and/or impliedly warrant to Linda Stacy and the general public that their products were in a safe condition.

3/      The Defendants did breach said warranties by manufacturing, and/or designing, and/or producing, and/or marketing, and/or providing, and/or selling in an improper and negligent fashion creating, and/or allowing a condition to exist.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, for damages, plus interest, costs of suit, and attorney fees.

### FIFTH COUNT

1/      All paragraphs of the preceding Counts are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity, are not set forth at length.

2/      At all times relevant herein, Defendants Merck & Co., Inc., Pfizer, Inc. and John Doe 1 - 5, were engaged in the business of manufacturing, and/or designing, and or producing, and/or marketing, and/or providing and/or selling their products without proper warnings of the side effects thereof.

3/      The Defendants are strictly liable in tort and/or were negligent in that they:

a/      Failed to provide adequate and proper warnings and instructions, regarding their subject products, and allowed defective and unreasonably dangerous conditions to exist;

b/ Are otherwise liable.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, for damages, plus interest, costs of suit, and attorney fees.

### SIXTH COUNT

1/ All paragraphs of the preceding Counts are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity, are not set forth at length.

2/ At all times relevant herein, Defendants Merck & Co., Inc., Pfizer, Inc. and John Doe 1 - 5, are guilty of negligence and/or strictly liable in tort, for their subject products, being sold, marketed and provided in a defective condition, unreasonably dangerous.

3/ As a direct and proximate result of the Defendants' actions and/or omissions, Linda Stacy, while exercising due care and caution for her own safety, did sustain serious, devastating and fatal injuries.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, for damages, plus interest, costs of suit, and attorney fees.

### SEVENTH COUNT

1/ All paragraphs of the preceding Counts are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity, are not set forth at length.

2/ At all times relevant herein, Defendants Merck & Co., Inc., Pfizer, Inc. and John Doe 1 - 5, were engaged in the business of manufacturing, and/or designing, and or producing, and/or marketing, and/or providing and/or selling their products without proper warnings of the side effects thereof.

3/ The Defendants are strictly liable in tort and/or were negligent in that they:

a/ Improperly designed their products and allowed defective and unreasonably dangerous conditions to exist;

    b/    The design failed to meet reasonable expectations and the Consumer Expectation Test;

    c/    The design was such that the products' risks, substantially and otherwise, outweighed its utility;

    d/    Are otherwise liable.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, for damages, plus interest, costs of suit, and attorney fees.

## EIGHTH COUNT

1/    All paragraphs of the preceding Counts are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity, are not set forth at length.

2/    At all times mentioned herein, Defendants Merck & Co., Inc., Pfizer, Inc. and John Doe 1 - 5, did expressly and/or impliedly warrant to Linda Stacy and the general public that their products were in a safe condition.

3/    The Defendants did breach said warranties by manufacturing, and/or designing, and/or producing, and/or marketing, and/or providing, and/or selling in a negligent and improper fashion, their products, creating and/or allowing a hazardous condition to exist, such that they are strictly liable and/or negligent.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, for damages, plus interest, costs of suit, and attorney fees.

## NINTH COUNT

1/    All paragraphs of the preceding Counts are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity, are not set forth at length.

2/ At all times relevant herein, Defendants Merck & Co., Inc., Pfizer, Inc. and John Doe 1 - 5, were engaged in the business of manufacturing, and/or designing, and or producing, and/or marketing, and/or providing and/or selling their products without proper warnings of the side effects thereof.

3/ The Defendants are strictly liable in tort and/or were negligent in that they:

a/ Failed to provide adequate and proper warnings regarding their products and allowed defective and unreasonable dangerous conditions to exist;

b/ Are otherwise liable.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., Pfizer, Inc., and John Doe 1 - 5, for damages, plus interest, costs of suit, and attorney fees.

## TENTH COUNT

1/ All paragraphs of the preceding Counts are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity, are not set forth at length.

2/ At the aforesaid time and place, the Defendants John Doe A - E, fictitious individuals who may be named later, were acting as the agents, servants and/or employees of the Defendants Merck & Co., Inc. and/or Pfizer, Inc. and/or John Doe 1 - 5, and therefore, any acts by said Defendants, John Doe A - E, are imputed as to the Defendants, owners and masters, Merck & Co., Inc. and/or Pfizer, Inc. and/or John Doe 1 - 5, through the doctrine of Respondeat Superior

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., and/or Pfizer, Inc., and/or John Doe 1 - 5 and/or John Doe A - E, for damages,, including punitive damages, plus interest, costs of suit, and attorney fees.

## ELEVENTH COUNT

1/   All paragraphs of the preceding Counts are hereinafter repeated and incorporated herein, by this reference, but for the sake of brevity, are not set forth at length.

2/   The Defendants are guilty of consumer fraud by committing unlawful practices, thereby causing an ascertainable loss, such that an award of treble damages, attorneys' fees and costs are warranted.

3/   The Defendants are guilty of bad faith.

4/   The Defendants are liable for punitive damages, as well as treble damages, to the Plaintiff.

WHEREFORE, Plaintiff, Dustin Stacy, demands judgment against the Defendants Merck & Co., Inc., and/or Pfizer, Inc., and/or John Doe 1 - 5 and/or John Doe A - E, for damages,, including punitive damages, plus interest, costs of suit, and attorney fees.

RESPECTFULLY SUBMITTED,

GREGORY D. KEENUM, P.A.

*Gregory D. Keenum*
Gregory D. Keenum, MSB 3542
Attorney for Plaintiff, Dustin Stacy

*Gregory D. Keenum, P.A.*
*Attorney at Law*
*616 Waldron Street*
*Corinth, MS 38834*
*662/287-5251 Telephone*
*662/287-5252 Facsimile*

IN THE CIRCUIT COURT OF ALCORN COUNTY, MISSISSIPPI

DUSTIN STACY as sole surviving heir of
LINDA STACY, Deceased                                          **PLAINTIFF**

vs.                                         CIVIL ACTION NO. CV-07-137 PA

PFIZER, MERCK & CO., INC.,
JOHN DOE 1 - 5 and JOHN DOE A - E                              **DEFENDANTS**

## SUMMONS

**THE STATE OF MISSISSIPPI**

**TO:**  CT Corporation System, Registered Agent
Merck & Company, Inc.
645 Lakeland East Drive, Ste 101
Flowood, Mississippi 39232

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Gregory D. Keenum, P.A., the attorney for the Plaintiff, whose address is 616 Waldron Street, Corinth, MS 38834. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 13th day of April, 2007.

_Joe Caldwell_
Circuit Court Clerk

By: _Crystal Starling DC_
Deputy Clerk

(SEAL)

Corporation System
Lakeland Ex. Div. Ste. 01
...ood, MS



**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
04/17/2007
Log Number 512140554

**TO:** Ellen Gregg
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, NC, 27101

**RE:** **Process Served in Mississippi**

**FOR:** Merck & Co., Inc. (Domestic State: NJ)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

**TITLE OF ACTION:** Dustin Stacy, as sole surviving heir of Linda Stacy, Deceased, Pltf. vs. Pfizer, et al, Dfts., including Merck & Company, Inc.
*Name discrepancy noted.*

**DOCUMENT(S) SERVED:** Letter from Attorney, Summons, Complaint

**COURT/AGENCY:** Alcorn County Circuit Court, MS
Case # CV07-137 PA

**NATURE OF ACTION:** Product Liability Litigation - Drug Litigation - Wrongful Death due to product known as Vioxx.

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Flowood, MS

**DATE AND HOUR OF SERVICE:** By Certified Mail on 04/17/2007 postmarked: "Not Post Marked"

**APPEARANCE OR ANSWER DUE:** Within 30 days of service

**ATTORNEY(S) / SENDER(S):** Gregory D. Keenum, P.A.
616 Waldron Street
Corinth, MS, 38834
662-287-5251

**ACTION ITEMS:** SOP Papers with Transmittal, via Fed Ex Priority Overnight, 791278942832
Email Notification, Debra A Bollwage DEBRA_BOLLWAGE@MERCK.COM
Email Notification, Kristin L. Sunderman kristin_sunderman@merck.com

**SIGNED:** C T Corporation System
**ADDRESS:** 645 Lakeland East Drive
Suite 101
Flowood, MS, 39232
**TELEPHONE:** 601-936-7400

WCS&R
APR 18 2007
RECEIVED

Page 1 of 1 / LR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.