CLOSED, JURY, STAY

# U.S. District Court
## Northern District of Mississippi (Eastern Division)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00117-GHD-JAD
Internal Use Only

Stacy v. Pfizer, Inc. et al
Assigned to: Glen H. Davidson
Referred to: Jerry A. Davis
Case in other court: Circuit Court of Alcorn County,
CV07-137-PA
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/15/2007
Date Terminated: 06/29/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

## Plaintiff

**Dustin Stacy**
*As Sole Surviving Heir of Linda Stacy,*
*Deceased*

represented by **Gregory D. Keenum**
GREGORY D. KEENUM, PA
219 West College Street
Booneville, MS 38829
(662) 728-1140
Email: greg@keenumlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Pfizer, Inc.**

represented by **Walter T. Johnson**
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
(601) 948-6470
Email: wjohnson@watkinseager.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Merck & Co., Inc.**

represented by **Alyson B. Jones**
BUTLER, SNOW, O'MARA, STEVENS
& CANNADA - Jackson
P. O. Box 22567
Jackson, MS 39225-2567
(601) 948-5711
Email: alyson.jones@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2007 | ❑1 | NOTICE OF REMOVAL by Merck & Co., Inc. from Circuit Court of Alcorn County, case number CV07-137-PA. ( Filing fee $ 350 receipt number 85829), filed by Merck & Co., Inc.. (Attachments: # 1 Exhibit Pages 1-45# 2 Exhibit Pages 46-57# 3 Civil Cover Sheet) (dlh, USDC) |
| 05/15/2007 | ❑2 | STATE COURT COMPLAINT against Pfizer, Inc., Merck & Co., Inc., filed by Dustin Stacy. (dlh, USDC) |
| 05/15/2007 | ❑3 | JOINDER by Pfizer, Inc. re 1 Notice of Removal,. (dlh, USDC) |
| 05/15/2007 | ❑4 | NOTICE OF ASSIGNMENT. Case assigned to Judge Davidson and Magistrate Judge Davis. (dlh, USDC) |
| 05/15/2007 | ❑5 | ANSWER to State Court Complaint by Merck & Co., Inc.. (Jones, Alyson) |
| 05/15/2007 | ❑6 | CORPORATE STATEMENT *of Merck & Co., Inc.* (Jones, Alyson) |
| 05/15/2007 | ❑7 | MOTION to Stay *all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Merck & Co., Inc.. (Attachments: # 1 Exhibit 6.20.05 Order# 2 Exhibit 8.11.05 Order# 3 Exhibit 9.13.05 Order# 4 Exhibit 10.21.05 Order# 5 Exhibit 12.2.05 Order# 6 Exhibit 2.14.06 Order# 7 Exhibit 4.11.06 Order# 8 Exhibit 4.13.06 Order# 9 Exhibit 6.14.06 Order) (Jones, Alyson) |
| 05/16/2007 | ❑8 | ANSWER to State Court Complaint by Pfizer, Inc.. (Johnson, Walter) |
| 05/16/2007 | ❑9 | CORPORATE STATEMENT *OF PFIZER INC.*. (Johnson, Walter) |
| 05/24/2007 | ❑10 | CERTIFICATE OF STATE COURT CLERK. (Attachments: # 1 Exhibit State Court Complaint# 2 Exhibit State Court Receipt# 3 Exhibit State Court Civil Cover Sheet) (Jones, Alyson) |
| 06/06/2007 | ❑11 | ORDER granting 7 Motion to Stay pending MDL transfer. Signed by Judge Glen H. Davidson on 6/6/7. (jla, USDC) |
| 06/21/2007 | ❑13 | CONDITIONAL TRANSFER ORDER of MDL to USDC, Northern California (mhg, USDC) (Entered: 06/29/2007) |
| 06/25/2007 | ❑12 | Copy of Conditional Transfer ORDER to MDL, transferring cause to USDC, Eastern District of Louisiana MDL-1657, MDL-1699 (jla, USDC) |
| 06/29/2007 | ❑ | Case Transferred to District of Northern California. Electronic file, certified copy of transfer order, and docket sheet emailed. CASE CLOSED. (mhg, USDC) |